UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN RE:      SHUBERT, MARK A

                 DEBTOR(S)          CASE NO. 3:17-bk-32823-SHB
                                    CHAPTER 7

### VERIFIED STATEMENT OF MARK LANE

I, Mark Lane, declare as follows:

1. That I am a real estate agent associated with Coldwell Banker Wallace & Wallace, of Knoxville, Tennessee;

2. That I have read the schedules in the above entitled case and that I and Coldwell Banker Wallace & Wallace, its shareholders, officers, and directors, have no connection with the debtor, creditors, or any other party in interest, their respective attorneys, and accountants;

3. That I have read the foregoing application and that I am familiar with its contents; and

4. That Mark Lane is willing to accept employment by the Trustee, on the basis set forth in the foregoing application, and that the company does not have an interest adverse to the Trustee or the estate in regards to the matters for which it is to be employed and that it is a disinterested person within the meaning of 11 U.S.C. §101(14).

I, Mark Lane, declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on JANUARY 18, 2018.

_____
Mark Lane