UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN RE:        SHUBERT, MARK A

            DEBTOR(S)            CASE NO. 3:17-bk-32823-SHB
                                 CHAPTER 7


<u>ORDER AUTHORIZING EMPLOYMENT OF</u>
<u>REAL ESTATE AGENT *NUNC PRO TUNC*</u>

Upon application of Ann Mostoller, Trustee, pursuant to E.D. Bankr. LBR 2014-1

seeking authorization to employ the Mark Lane of Coldwell Banker Wallace & Wallace,

as real estate agent to market the real estate of the Debtors, and it appearing that the

Trustee is of the opinion that it is in the best interest of the estate that Mark Lane of

Coldwell Banker Wallace & Wallace  conduct the sale and it appearing that Mark Lane

of Coldwell Banker Wallace & Wallace are disinterested parties within the meaning of

11 U.S.C. §101(14); it is accordingly, ORDERED that Ann Mostoller, Trustee shall be

and she hereby is authorized to employ Mark Lane of Coldwell Banker Wallace &

Wallace as real estate agent to market and sell the estate's real estate upon the terms

and conditions set forth in the Trustee's application subject to the provisions of 11

U.S.C. §328.  This order is entered *nunc pro tunc* to the date of the filing of the

Application

###


APPROVED FOR ENTRY:
/s/ Tracey Vought Williams
Ann Mostoller, #001146
Tracey Vought Williams, #032785
Attorneys for Trustee
Mostoller, Stulberg, Whitfield & Allen
136 South Illinois Avenue, Suite 104
Oak Ridge, TN 37830
(865) 482-4466
twilliams@msw-law.com